1  ANGELA M. BADER
Nevada State Bar No. 5574
2  JUSTIN C. VANCE
Nevada State Bar No. 11306
3  LAXALT & NOMURA, LTD.
9600 Gateway Drive
4  Reno, Nevada 89521
5  (775) 322-1170
abader@laxalt-nomura.com
6  jvance@laxalt-nomura.com
7  Attorneys for Defendants,
Sierra Pacific Mortgage Company, Inc. and
8  Greenhead Investments, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BRENDA J. YOUNG, | Case No.: 3:11-CV-00418-RCJ-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| SIERRA PACIFIC MORTGAGE COMPANY.; GREENHEAD INVESTMENTS, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; CITIMORTGAGE, INC., LSI TITLE AGENCY; TICOR TITLE OF NEVADA; STANLEY S. SILVA; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, that Plaintiff's claims against Defendants Sierra Pacific Mortgage Company, Inc., Greenhead Investments, Inc., and CitiMortgage, Inc. only, shall be dismissed without prejudice with each party to bear their own fees and costs.

///

///

1  DATED this ___ day of _____ 2011.

2  LAW OFFICES OF RICK LAWTON, P.C.     LAXALT & NOMURA, LTD.

3

4  /s/ Rick Lawton                              /s/ Angela M. Bader
   RICK LAWTON                                  ANGELA M. BADER
5  Nevada State Bar No. 694                     Nevada State Bar No. 5574
   1460 Highway 95A, North #1                   9600 Gateway Drive
6  Fernley, NV 89408                            Reno, Nevada 89521
   *Attorneys for Plaintiffs*                   *Attorneys for Defendant*
7                                               *Sierra Pacific Mortgage, Inc. dba*
                                                *Greenhead Investments, Inc.*
8

9  WOLFE & WYMAN, LLP                           PITE DUNCAN, LLP

10

11 /s/ Colt B. Dodrill                          /s/ Gregg A. Hubley
   COLT B. DODRILL                              LAUREL I. HANDLEY
12 980 Kelly Johnson Drive, Suite 140           GREGG A. HUBLEY
   Las Vegas, NV 89119                          K. ALEXANDRA CAVIN
13 *Counsel for CitiMortgage, Inc.*             701 Bridger Avenue, Suite 700
                                                Las Vegas, NV 89101
14                                              *Counsel for Cal-Western*

15 FIDELITY NATIONAL LAW GROUP

16

17 /s/ Zachary Ball
   ZACHARY T. BALL
18 3980 Howard Hughes Pkwy, Suite 230
   Las Vegas, NV 89169
19 *Counsel for Ticor Title of Nevada and*
   *Stanley Silva*
20

21
        IT IS SO ORDERED.
22         DATED: This 21st day of July, 2011.

23
                                    _____
24                                  UNITED STATES DISTRICT JUDGE
25

26

27

28