AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BRENDA J. YOUNG,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: 3:11-cv-00418-RCJ-VPC

SIERRA PACIFIC MORTGAGE
COMPANY, ET AL,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff, Brenda J. Young, and against defendants, Ticor Title of Nevada, Inc. and Stanley S. Silva.

| | |
|---|---|
| May 14, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |